**No. 44439.**—Protests 993557–G, etc., of M. H. Greenebaum, Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44440.**—Protests 999531–G, etc., of Lithuanian-American Import & Export Corp.  (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

BEFORE THE FIRST DIVISION, OCTOBER 4, 1940

**No. 44441.**—Protests 536918–G, etc., of Italian Felt & Straw Corp. (New York).

Opinion by BROWN, J.  It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protests were therefore sustained.

**No. 44442.**—Protests 575058–G, etc., of A. S. Stark & Bros. (New York).

Opinion by BROWN, J.  It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protests were therefore sustained.

**No. 44443.**—Protest 595626–G of U. S. Rayon Corp. (New York).

Opinion by BROWN, J.  It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protest was therefore sustained.

**No. 44444.**—Protests 733141–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J.  It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protests were therefore sustained.